AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

SARA MILES

V.

RUSSELL COUNTY COMMISSION; RUSSELL COUNTY, ALABAMA; LEANN HORNE; LEANN HORNE IN HER OFFICIAL CAPACITY AS ADM

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1023-B

TO: (Name and address of Defendant)

Russell County Commission
c/o Cattie Epps, Chairman
501 14th Street
Phenix City, AL 36868

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Glen M. Connor
Ashley L. McDavid
Whatley Drake, LLC
P.O. Box 10647
Birmingham, AL 35202-0647

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*Charlene Campbell*

(By) DEPUTY CLERK

DATE  10-31-05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

SARA MILES

V.

RUSSELL COUNTY COMMISSION; RUSSELL COUNTY, ALABAMA; LEANN HORNE; LEANN HORNE IN HER OFFICIAL CAPACITY AS ADM

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1023-B

TO: (Name and address of Defendant)

Russell County, Alabama
c/o Cattie Epps, Chairman
Russell County Commission
501 14th Street
Phenix City, AL 36868

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Glen M. Connor
Ashley L. McDavid
Whatley Drake, LLC
P.O. Box 10647
Birmingham, AL 35202-0647

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                      10-31-05

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

SARA MILES

V.

RUSSELL COUNTY COMMISSION; RUSSELL COUNTY, ALABAMA; LEANN HORNE; LEANN HORNE IN HER OFFICIAL CAPACITY AS ADM

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1023-B

TO: (Name and address of Defendant)

LeAnn Horne-Jordan
25 Lee Road 770
Smiths, Alabama 36877

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Glen M. Connor
Ashley L. McDavid
Whatley Drake, LLC
P.O. Box 10647
Birmingham, AL 35202-0647

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                              10-31-05

CLERK                                          DATE
Charlene Campbell
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

SARA MILES

V.

RUSSELL COUNTY COMMISSION; RUSSELL COUNTY, ALABAMA; LEANN HORNE; LEANN HORNE IN HER OFFICIAL CAPACITY AS ADM

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1023-B

TO: (Name and address of Defendant)

LeAnn Horne-Jordan, County Administrator
Russell County, Alabama
501 14th Street
Phenix City, AL 36868

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Glen M. Connor
Ashley L. McDavid
Whatley Drake, LLC
P.O. Box 10647
Birmingham, AL 35202-0647

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_Charlene Campbell_
(By) DEPUTY CLERK

DATE  10-31-05