**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    LeAnn Horne-Jordan
    County Administrator
    Russell County, Alabama
    501 14th Street
    Phenix City, AL 36868

    05cv1023

2. Article Number
   (Transfer from service label)    7003 2260 0000 9111 5645

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Elijah Perry    ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Elijah Perry    C. Date of Delivery: 11-2
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Russell County Commission
    c/o Cattie Epps, Chairperson
    501 14th Street
    Phenix City, AL 36868

    05cv1023

2. Article Number
   (Transfer from service label)    7003 2260 0000 9111 5614

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Elijah Perry    ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Elijah Perry    C. Date of Delivery: 11-2
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Russell County, Alabama
    c/o Cattie Epps, Chairperson
    Russell County Commission
    501 14th Street
    Phenix City, AL 36868

    05cv1023

2. Article Number
   (Transfer from service label)    7003 2260 0000 9111 5621

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Elijah Perry    ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Elijah Perry    C. Date of Delivery: 11-2
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes