**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 16, 2005

# NOTICE OF REASSIGNMENT

Re:  Sara Miles v. Russell County Commission, et al
     Civil Action No. 3:05cv1023-B

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 3:05cv1023-T. This new case number should be used on all future correspondence and pleadings in this action.