IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SARA MILES, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>RUSSELL COUNTY COMMISSION, )<br>et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>3:05cv1023-T |

ORDER

It is ORDERED that defendant Leann Horne-Jordan's motion to dismiss (Doc. No. 5) is set for submission, without oral argument, on December 19, 2005, with all briefs due by said date.

DONE, this the 18th day of November, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE