AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

SARA MILES

V.

RUSSELL COUNTY COMMISSION; RUSSELL COUNTY, ALABAMA; LEANN HORNE; LEANN HORNE IN HER OFFICIAL CAPACITY AS ADM

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:05cv1023-B

TO: (Name and address of Defendant)

LeAnn Horne-Jordan
25 Lee Road 770
Smiths, Alabama 36877

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Glen M. Connor
Ashley L. McDavid
Whatley Drake, LLC
P.O. Box 10647
Birmingham, AL 35202-0647

**RETURNED AND FILED**

NOV 2 8 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    10-31-05

CLERK                                                 DATE

*Charlene Campbell*

(By) DEPUTY CLERK