# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 29, 2005

To: Glen M. Connor

Re:  Sara Miles v. Russell County Commission, et al.
      Civil Action No. 3:05cv1023-B

The summons and complaint served on LeAnn Horne-Jordan has been returned with the following notation "Returned to Sender, Unclaimed. If you wish to serve this defendant again, please provide us with an original and one copy of an *alias summons* and proper postage for certified mail, return receipt for this defendant.

If you have any questions, please contact the Clerk's Office.