IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **Sara Miles,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | **Civil Action No.:** |
| v. | ) | **3:05cv1023-T** |
| | ) | |
| **Russell County Commission; Russell** | ) | |
| **County, Alabama; LeAnn Horne Jordan;** | ) | |
| | ) | |
|    **Defendants.** | ) | |

## REPORT OF PARTIES PLANNING MEETING

I.    Pursuant to Fed. R. Civ. P. 26(f), a scheduling meeting was held on November 29, 2995, and was attended by:

Ashley McDavid for Plaintiff

Rick Howard for LeAnn Horne-Jordan

Jim McKoon for Russell County Commission and Russell County, Alabama

II.    Pre-Discovery Disclosures

The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) within twenty-one days after the scheduling order has been entered.

III.    Discovery Plan

The parties jointly propose to the Court the following discovery plan:

a.    All discovery commenced in time to be completed by January 8, 2007.

b.    Maximum of 40 interrogatories by each party to the other party; responses are due 30 days after service.

c.    Maximum of 30 requests for admissions by each party to the other party; responses due 30 days after service;

d.    Maximum of 10 depositions by Plaintiff and 10 depositions by Defendants.

e.     Each deposition will not exceed four hours unless agreed to by the parties.

f.     Reports from retained experts under Rule 26(a)(2) due:

       From Plaintiffs     :     June 1, 2006
       From Defendants     :     July 6, 2006

IV.     Other Items

a.     Parties do not request a conference with the Court before entry of the scheduling order;

b.     The parties request a pretrial conference in January 2007

c.     Plaintiffs will be allowed until March 1, 2006, to join additional parties and until March 1, 2006, to amend pleadings.

d.     Defendants shall be allowed until April 3, 2006, to enjoin additional parties and until April 3, 2006, to amend pleadings.

e.     All potentially dispositive motions should be filed by October 1, 2006.

f.     Final list of witness and exhibits under Rule 26(a)(3) should be due:

       Plaintiff's exhibit list -     January 8, 2007
       Plaintiff's witness list -     January 8, 2007

       Defendants' exhibit list -     January 8, 2007
       Defendants' witness list -     January 8, 2007

g.     Parties should have ten days after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).

h.     The case should be ready for trial by February 12, 2007, and is expected to take approximately 2 days.

Dated: _____

                                                       /s Rick A. Howard
                                                       Alex L. Holtsford, Jr. (HOL048)
                                                       Rick A. Howard (HOW045)
                                                       April Willis (WIL304)
                                                       Attorneys for LeAnn Horne-Jordan

OF COUNSEL:

Nix Holtsford Gilliland
     Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36104
334-215-8585

                                              /s/
                             Ashley L. McDavid
                             Attorney for Plaintiff

OF COUNSEL:

Whatley Drake LLC
Post Office Box 10647
Birmingham, Alabama  35202

                                              /s/
                             James McKoon
                             Attorney for Russell County
                             Commission; Russell County, Alabama

OF COUNSEL:

James R. McKoon, Jr., Esq.
McKoon & Thomas
P.O. Box 3220
Phenix City, AL 36868-3220