IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SARA MILES, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 3:05 CV 1023-T |
| ) | |
| RUSSELL COUNTY COMMISSION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR LEAVE TO AMEND COMPLAINT AND RESPONSE TO MOTION TO DISMISS TITLE VII CLAIM BY DEFENDANT LEANNE HORNE-JORDAN

COMES NOW, Plaintiff Sara Miles, by and through the undersigned counsel of record, and files this motion for leave to amend her original Complaint in the above-referenced matter. As grounds for this motion, Plaintiff states the following:

1. The original Complaint was filed in this matter on or about October 25, 2005.

2. On or about November 10, 2005, Defendant LeAnn Horne-Jordan filed a Motion to Dismiss the Title VII claims against her in Count I of the complaint, contending that the Title VII claim against her in her individual capacity is inappropriate.

3. Plaintiff does not believe the Complaint states a Title VII claim against Defendant Horne-Jordan in her individual capacity. To the extent that it may, Plaintiff seeks to amend her original complaint to clarify her claims against said Defendant.

987444.DOC

4. In Paragraph 17, Plaintiff has clarified that the Defendants against which she asserts claims for retaliatory discharge under Title VII are Defendants Russell County Commission and Russell County.

5. No party will suffer prejudice as a result of the granting of this motion.

6. Defendant Horne-Jordan's attorney, Rick Howard, does not object to this motion.

7. Plaintiff has attempted to contact the attorney for Defendants Russell County and Russell County Commission. Plaintiff respectfully submits this motion without response from the Defendants in the interest of judicial economy.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court enter an Order allowing Plaintiff to file the First Amended Complaint attached hereto, so that she may clarify the Defendants against which she asserts claims for Title VII retaliatory discharge made the basis of this lawsuit.

Respectfully Submitted,

/s/ Ashley L. McDavid
ASB-0230-S77L

OF COUNSEL:
Glen M. Connor
Whatley Drake, L.L.C.
Post Office Box 10647
Birmingham, AL  35202-0647
(205) 328-9576; (205) 328-9669 (fax)

987444.DOC                    2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rick A. Howard, Esq.
Nix Holtsford Gilliland Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, AL  36101-4128

James R. McKoon, Jr., Esq.
McKoon & Thomas
P.O. Box 3220
Phenix City, AL  36868-3220

                                                          /s/ Ashley L. McDavid
                                                              Of Counsel