IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SARA MILES, )<br>  )<br>   Plaintiff, )<br>  )<br>   v.  )<br>  )<br>RUSSELL COUNTY COMMISSION, )<br>et al.,  )<br>  )<br>   Defendants. ) | CIVIL ACTION NO.<br>3:05cv1023-T |

ORDER

It is ORDERED that the motion for leave to amend (Doc. No. 13) is granted. The court assumes that the non- movants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 14th day of December, 2005.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE