IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SARA MILES, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>RUSSELL COUNTY COMMISSION, )<br>et al., )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>3:05cv1023-T |

### ORDER

Counsel for defendant Leann Horne-Jordan having orally confirmed that the motion to dismiss (Doc. No. 5) is moot in light of the amended complaint (Doc. No. 15), it is ORDERED that the motion is denied as moot.

DONE, this the 21st day of December, 2005.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE