## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| SARA MILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05 CV 1023-B |
| | ) | |
| RUSSELL COUNTY COMMISSION, | ) | |
| RUSSELL COUNTY, ALABAMA, | ) | |
| LEANNE HORNE-JORDAN, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

COMES NOW the undersigned attorney and enters her appearance as additional

counsel for LeeAnn Horne-Jordan.

Respectfully submitted this the 20TH day of February, 2006.


/s/ Monica E. Jayroe
MONICA E. JAYROE
Attorney for LeeAnn Horne-Jordan


OF COUNSEL:
NIX HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama  36101-4128
Tel:  (334) 215-8585
Fax: (334) 215-7101

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically via the CM/ECF system and, as such the following attorneys of record have been notified or such filing via said system and/or has been served via placing a true copy of the foregoing in the United States mail, postage prepaid on this the 20th day of February, 2006.

Glen M. Connor, Esq.
Whatley Drake LLC
Post Office Box 10647
Birmingham, Alabama  35202

James R. McKoon, Jr., Esq.
McKoon & Thomas
P.O. Box 3220
Phenix City, AL 36868-3220


/s/ Monica E. Jayroe
OF COUNSEL