IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SARA MILES, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | 3:05-CV-1023-MHT |
| | ) | |
| RUSSELL COUNTY COMMISSION, | ) | |
| RUSSELL COUNTY, ALABAMA, | ) | |
| LEANNE HORNE-JORDAN, individually and in | ) | |
| her official capacity as County Administrator | ) | |
| for Russell County, Alabama, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of *Defendant's Motion for Entry of HIPAA Order* (Doc. 19, filed June 15, 2006), it is

**ORDERED** that Plaintiff show any cause on or before June 21, 2006, why this motion should not be granted.

Done this 16th day of June, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE