IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Sara Miles, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    3:05 CV 1023-B |
| Russell County Commission, Russell County, Alabama, Leanne Horne-Jordan, | ) ) ) ) |
|     Defendants. | ) ) |

## STIPULATION OF DISMISSAL

COME NOW all parties, by and through their respective counsel, and hereby stipulate that this case is due to be dismissed with prejudice. In support hereof, the parties state that this case has been settled, and the defendants have satisfied all terms of the settlement.

_____      9/12/06
Ashley McDavid                 Date
Attorney for Plaintiff

_____      9/1/06
Rick A. Howard                 Date
Attorney for LeAnn Horne-Jordan

_____      9/6/06
Jim McKoon                     Date
Attorney for Russell County Commission