IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Sara Miles, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:05 CV 1023-B |
| | ) | |
| Russell County Commission, Russell County, Alabama, Leanne Horne-Jordan, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Upon stipulation of the parties, the court finds that this case has been settled and that the defendants have fulfilled all of their obligations under the terms of the settlement. This case is hereby dismissed with prejudice, with each party to pay his/her/its own costs.

Ordered this the _____ day of _____, 2006.

_____
Presiding Judge