IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SARA MILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:05cv1023-MHT |
| | ) | (WO) |
| RUSSELL COUNTY COMMISSION; et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT OF DISMISSAL**

Upon stipulation of the parties, the court finds that this case has been settled and that the defendants have fulfilled all of their obligations under the terms of the settlement. It is therefore the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed with prejudice, with the parties to bear their own costs.

DONE, this the 12th day of September, 2006.

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE